1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SEALS,<br><br>    Petitioner,<br><br>  vs.<br><br>STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. CV 07-3971-GW (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1     IT IS ORDERED that Judgment be entered (1) approving and adopting this
2 Report and Recommendation; and (2) directing that Judgment be entered denying
3 the Petition and dismissing this action without prejudice for failure to exhaust state
4 judicial remedies.

6 DATED: August 11, 2008

                                  HONORABLE GEORGE H. WU
                                  United States District Judge

10 Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge