JS-6





UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SEALS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | Case No. CV 07-3971-GW (OP)<br><br>J U D G M E N T |

　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action without prejudice for failure to exhaust state judicial remedies.

DATED: Aug. 11, 2008

　　　　　　　　　　　　　　　　/s/ George H. Wu
　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　United States District Judge

Prepared by:

/s/
HONORABLE OSWALD PARADA
United States Magistrate Judge